In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00052-CV
_____

## IN RE DEMETRIUS SHERMAN JOSEPH SR.

**Original Proceeding**

## MEMORANDUM OPINION

Demetrius Sherman Joseph Sr. filed a petition in which he seeks mandamus relief in a case that was filed in a federal court. His petition neither identifies a respondent judge of a state court within our district nor shows that a writ of mandamus is necessary to protect this Court's jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (a), (b). Accordingly, we dismiss the petition for lack of jurisdiction.

PETITION DISMISSED.

PER CURIAM

Submitted on March 4, 2020
Opinion Delivered March 5, 2020

Before Kreger, Horton and Johnson, JJ.

1